IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT TUNSTALL,

      Plaintiff,                    No. CIV S-08-3176 JFM (PC)

   vs.

MIKE KNOWLES, et al.,

      Defendants.           ORDER

_____/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed January 22, 2009, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On February 6, 2009, plaintiff submitted the copies of the complaint but failed to submit a completed summons and did not provide an address for service of defendant Grannis on the USM-285 form.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to send plaintiff one blank summons and one blank USM-285 form; and

/////

1

1          2. Within thirty days, plaintiff shall submit to the court a completed summons and
2  a completed USM-285 form for defendant Grannis required to effect service.  Failure to return
3  the copies within the specified time period will result in a recommendation that this action be
4  dismissed.
5  DATED: February 18, 2009.

                                        UNITED STATES MAGISTRATE JUDGE

/mp
tuns3176.8f

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT TUNSTALL,

    Plaintiff,                       No. 2:08-cv-3176-WBS-JFM (PC)

    vs.

MIKE KNOWLES, et al.,              <u>NOTICE OF SUBMISSION</u>

    Defendants.                 <u>OF DOCUMENTS</u>

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____     completed summons form

        _____     completed USM-285 forms

DATED:

                                                                                 _____
                                                                                 Plaintiff

3