IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT TUNSTALL,

    Plaintiff,               No. 2:08-cv-3176 WBS JFM (PC)

    vs.

KNOWLES, et al.,

    Defendants.           ORDER

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On April 8, 2009, plaintiff filed his third request for the appointment of counsel. Plaintiff's previous motions were filed on January 16, 2009 and February 9, 2009. All motions were denied. See Order filed February 19, 2009. In light of those orders, IT IS HEREBY ORDERED that plaintiff's April 8, 2009 motion for appointment of counsel is denied.

DATED: April 15, 2009.

                                                    UNITED STATES MAGISTRATE JUDGE

12/mp
tuns3176.31thr

1