IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT TUNSTALL,

        Plaintiff,                No. 2:08-cv-3176 WBS JFM (PC)

   vs.

MIKE KNOWLES, et al.,

        Defendants.        <u>ORDER</u>

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On December 17, 2009 and December 28, 2009, plaintiff filed motions which the court construes as a motions for injunctive relief. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Within twenty-one days from the date of this order defendants shall file and serve responses to plaintiff's December 17, 2009 and December 28, 2009 motions;

        2. Plaintiff's reply briefs, if any, shall be filed and served not later than ten days thereafter; and

/////

/////

/////

1

1      3. The Clerk of the Court is directed to send a copy of plaintiff's December 17,
2   2009 and December 28, 2009 motions, together with a copy of this order and the statement filed
3   by defendants on December 10, 2009, to Alison Hardy, Esq., Prison Law Office, General
4   Delivery, San Quentin, CA 94964-0001.
5   DATED: January 5, 2010.

UNITED STATES MAGISTRATE JUDGE

12
tuns3176.o