IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT TUNSTALL,

        Plaintiff,                        No. 2:08-cv-3176 WBS JFM (PC)

    vs.

MIKE KNOWLES, et al.,

        Defendants.             ORDER

                                          /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On August 6, 2010 (Docket No. 90), the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 6, 2010 (Docket No 90), are adopted in full;

2. Plaintiff's December 17, 2009 motion is denied;

3. Plaintiff's December 28, 2009 motion is denied;

4. Plaintiff's January 5, 2010 motion is denied;

5. Plaintiff's January 21, 2010 motion for injunctive relief is denied;

6. Plaintiff's March 4, 2010 motion for injunctive relief is denied;

7. Plaintiff's March 22, 2010 motion for injunctive relief is denied;

8. Plaintiff's March 29, 2010 motion for injunctive relief is denied;

9. Plaintiff's March 31, 2010 motion for injunctive relief is denied;

10. Plaintiff's April 2, 2010 motion for injunctive relief is denied;

11. Plaintiff's April 15, 2010 motion for injunctive relief is denied;

12. Plaintiff's April 28, 2010 motion for injunctive relief is denied;

13. Plaintiff's June 3, 2010 motion for injunctive relief is denied;

14. Plaintiff's July 8, 2010 motions for injunctive relief are denied;

15. Plaintiff's July 26, 2010 motion for injunctive relief is denied;

16. Plaintiff's July 27, 2010 motion for injunctive relief is denied;

17. Plaintiff's July 30, 2010 motion for injunctive relief is denied; and

18. Plaintiff's August 3, 2010 motion for injunctive relief is denied.

DATED: September 3, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE