1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT TUNSTALL,

11              Plaintiff,              No. 2:08-cv-3176 WBS JFM (PC)

12       vs.

13   MIKE KNOWLES, et al.,

14              Defendants.            ORDER

15   _____/

16              Plaintiff is a state prisoner proceeding pro se in this civil rights action for relief

17   pursuant to 42 U.S.C. § 1983.  On September 23, 2010, plaintiff filed a document styled as a

18   response to defendants' answer.  Rule 7 of the Federal Rules of Civil Procedure provides as

19   follows:

20              There shall be a complaint and an answer; a reply to a counterclaim
               denominated as such; an answer to a cross-claim, if the answer contains a
21             cross-claim; a third-party complaint, if a person who was not an original
               party is summoned under the provisions of Rule 14; and a third-party
22             answer, if a third-party complaint is served.  No other pleading shall be
               allowed, except that the court may order a reply to an answer or a third-
23             party answer.

24   Fed. R. Civ. P. 7(a) (emphasis added).  The court has not ordered plaintiff to reply to defendants'

25   answer and declines to make such an order.

26   /////

                                      1

1          Accordingly, IT IS HEREBY ORDERED that plaintiff's September 23, 2010

2    response to defendants' answer is disregarded.

3    DATED: October 1, 2010.

4

5    UNITED STATES MAGISTRATE JUDGE

6

7    12
     tuns3176.77e
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26