IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT TUNSTALL,

    Plaintiff,               No. 2:08-cv-3176-WBS-JFM (PC)

    vs.

MIKE KNOWLES, et al.,

    Defendants.          <u>ORDER</u>

                          /

          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims defendant officials at California Medical Facility (CMF) have violated his federal constitutional and statutory rights by denying him access to sign language classes. On August 11, 2010, plaintiff filed a motion for injunctive relief, pursuant to which he sought a court order requiring Kathleen Dickinson, the Warden of CMF to provide plaintiff "with a hair ct, cosmetics, the same privileges as other inmates" and to release him from administrative segregation. Motion for Injunctive Relief, filed August 11, 2010, at 2.

          On October 4, 2010, this court issued findings and recommendations recommending that plaintiff's motion be denied. On October 14, 2010 and October 27, 2010, plaintiff filed documents styled as objections to the findings and recommendations. Therein, plaintiff represents that he has received all of the relief requested in the motion. The court construes plaintiff's objections as a request to withdraw his August 11, 2010 motion.

1

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1. The findings and recommendations filed October 4, 2010 are vacated; and

3  2. Plaintiff's August 11, 2010 motion is deemed withdrawn.

4  DATED: November 15, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

12
tuns3176.wd