IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT TUNSTALL,

    Plaintiff,                   No. 2:08-cv-3176-WBS-JFM (PC)

    vs.

MIKE KNOWLES, et al.,

    Defendants.             <u>ORDER</u>

                                /

        Plaintiff is a California state prisoner proceeding pro se in a civil rights action under 42 U.S.C. § 1983. The court finds appointment of counsel is warranted. Joann L. Pheasant has been selected from the court's pro bono attorney panel to represent plaintiff and she has accepted the appointment.

        Accordingly, IT IS HEREBY ORDERED that:

    1. Joann L. Pheasant is appointed as counsel in the above entitled matter.

    2. Ms. Pheasant shall notify shall notify Sujean Park at 916-930-4278 or via email at spark@caed.uscourts.gov, if she has any questions related to the appointment.

/////

/////

/////

1

3. The Clerk of the Court is directed to serve a copy of this order upon Joann L. Pheasant, Law Offices of Joann L. Pheasant, 6728 Gloria Drive, Sacramento, CA 95831.

DATED: October 12, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

tuns3176.31