IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT TUNSTALL,

      Plaintiff,                         No. 2:08-cv-3176 WBS JFM (PC)

    vs.

MIKE KNOWLES, et al.,

      Defendants.                ORDER

                           /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On September 13, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 13, 2011, are adopted in full;

2. Plaintiff's March 1, 2011 motion for a court order is denied;

3. Plaintiff's April 8, 2011 motion for a court order is denied;

4. Plaintiff's July 1, 2011 motion for injunctive relief is denied; and

5. Plaintiff's July 26, 2011 motion for injunctive relief is denied.

DATED:  October 12, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/tuns3176.805(4)