1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT TUNSTALL,

11            Plaintiff,            No. 2:08-cv-3176 WBS JFM (PC)

12       vs.

13   MIKE KNOWLES, et al.,

14            Defendants.          <u>ORDER</u>

15   _____/

16            Plaintiff is a state prisoner proceeding with a civil rights action pursuant to 42

17   U.S.C. § 1983.  Plaintiff initiated this action in propria persona.  On October 13, 2011, the court

18   appointed counsel to represent petitioner.  Good cause appearing, the pending motion filed by

19   plaintiff in propria persona prior to appointment of counsel will be denied without prejudice.

20   Counsel for the parties will be directed to meet and confer and to file, within forty-five days, a

21   proposed briefing schedule for defendants' April 27, 2011 motion for summary judgment.

22            In accordance with the above, IT IS HEREBY ORDERED that:

23            1.  Plaintiff's April 7, 2011 motion is denied without prejudice; and

24   /////

25   /////

26   /////

1

1      2.  Within forty-five days from the date of this order, counsel shall file a joint

2 proposed briefing schedule for defendants' April 27, 2011 motion for summary judgment

3 DATED: October 18, 2011.

4

5                                 UNITED STATES MAGISTRATE JUDGE

6

7 12

8 tuns3176.o4

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26