IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT TUNSTALL,

      Plaintiff,                No. 2:08-cv-3176 WBS JFM (PC)

   vs.

MIKE KNOWLES, et al.,

      Defendants.         <u>ORDER TO SHOW CAUSE</u>

_____/

      Plaintiff is a state prisoner proceeding through counsel with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed October 19, 2011, the parties were directed to file, within forty-five days, a proposed briefing schedule for defendants' April 27, 2011 motion for summary judgment. The forty-five day period has expired and the parties have filed neither a proposed briefing schedule nor a request for an extension of time in which to do so.

      Accordingly, IT IS HEREBY ORDERED that within ten days from the date of this order counsel for plaintiff shall show cause in writing why defendants' April 27, 2011

/////

/////

/////

/////

1

motion for summary judgment should not be submitted for findings and recommendations on the present record.

DATED: December 15, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

12
tuns3176.osc