IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT TUNSTALL,

    Plaintiff,                      No. 2:08-cv-3176 WBS JFM (PC)

    vs.

MIKE KNOWLES, et al.,

    Defendants.                  <u>ORDER</u>

        Plaintiff is a state prisoner proceeding through counsel with a civil rights action pursuant to 42 U.S.C. § 1983. Good cause appearing, IT IS HEREBY ORDERED that this matter is set for status conference on January 19, 2012 at 11:00 a.m. before the undersigned.

DATED: January 5, 2012.

                                          UNITED STATES MAGISTRATE JUDGE

12
tuns3176.sc