IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT TUNSTALL,

        Plaintiff,                No. 2:08-cv-3176 WBS JFM (PC)

    vs.

MIKE KNOWLES, et al.,

        Defendants.            <u>ORDER</u>

                          /

        Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed, pro se, two motions for injunctive relief and one motion for a court order. Because plaintiff is represented by counsel, plaintiff's pro se motions will be denied without prejudice.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff's September 4, 2012 motion (ECF No. 169) is denied without prejudice;

        2. Plaintiff's November 2, 2012 motion (ECF No. 170) is denied without prejudice; and

////

////

1

3.  Plaintiff's November 6, 2012 motion (ECF No. 171) is denied without prejudice.

DATED:  July 24, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

12
tuns3176.o8