# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

ROBERT TUNSTALL,

        Plaintiff,                    No. 2:08-cv-3176 WBS JFM P

   vs.

MIKE KNOWLES, et al.,

        Defendants.              **ORDER & WRIT OF HABEAS CORPUS**
                                        /         **AD TESTIFICANDUM**

        Robert Tunstall, inmate # B79295, a necessary and material witness in proceedings in this case on October 3, 2013, is confined in California Medical Facility, 1600 California Drive, P.O. Box 2000, Vacaville, CA 95696-2000, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Dale A. Drozd, to appear by video-conferencing at California Medical Facility, October 3, 2013, at 10:00 a.m., in Courtroom 27.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To:  **Warden, California Medical Facility, 1600 California Drive, P.O. Box 2000, Vacaville, CA 95696-2000:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  August 14, 2013

                                                                 KENDALL J. NEWMAN
                                                                 UNITED STATES MAGISTRATE JUDGE

tuns3176.841vc