UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ROBERT TUNSTALL,

        Plaintiff,               No. 2:08-cv-3176 WBS JFM P

vs.

MIKE KNOWLES, et al.,

        Defendants.         **ORDER & WRIT OF HABEAS CORPUS**
/           **AD TESTIFICANDUM**

      Robert Tunstall, inmate # B79295, a necessary and material witness in proceedings in this case on October 3, 2013, is confined in California Medical Facility, 1600 California Drive, P.O. Box 2000, Vacaville, CA 95696-2000, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Dale A. Drozd, to appear by video-conferencing at California Medical Facility, October 3, 2013, at 10:00 a.m., in Courtroom 27.

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To: **Warden, California Medical Facility, 1600 California Drive, P.O. Box 2000, Vacaville, CA 95696-2000:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: August 14, 2013

                                                          */s/ Kendall J. Newman*
                                                          KENDALL J. NEWMAN
                                                          UNITED STATES MAGISTRATE JUDGE

tuns3176.841vc