IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT TUNSTALL,

     Plaintiff,                      No. 2:08-cv-3176 WBS JFM (PC)

    vs.

MIKE KNOWLES, et al.,

     Defendants.              ORDER

                                   /

          Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  By order filed July 25, 2013, the court determined that this matter will be set for mandatory settlement conference and the parties were each directed to inform the court in writing whether they wished to proceed with the settlement conference before the undersigned or another Magistrate Judge of this Court.  Order filed July 25, 2013 (ECF No. 174) at 3.  On August 7, 2013, defendants filed notice declining to waive disqualification of the undersigned and requesting that the matter be set for settlement before the Honorable Dale A. Drozd.[1]  Good cause appearing, that will be the order of the court.

/////

---

[1] Plaintiff has not complied with the July 25, 2013 order.  Plaintiff's counsel is cautioned that sanctions may be imposed for failure to comply with this or any other court order.  See L.R. 110.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. This matter is set for settlement conference before the Honorable Dale A. Drozd on October 3, 2013, at 10:00 a.m., in Courtroom 27.

2. The parties are directed to submit confidential settlement conference statements on or before September 26, 2013 to the following email address: dadorders@caed.uscourts.gov. Additionally, each party shall file a Notice of Submission of Confidential Settlement Conference Statement (L.R. 270(d).

3. All parties are required to have principals present at the settlement conference. A writ of habeas corpus ad testificandum for plaintiff's participation by videoconference accompanies this order.

DATED: August 15, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

tuns3176.o8