IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT TUNSTALL,

    Plaintiff,　　　　　　　　　No. 2:08-cv-3176 WBS JFM (PC)

  vs.

MIKE KNOWLES, et al.,

    Defendants.　　　　　　　　<u>ORDER</u>

                            /

        Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed another pro se motion for injunctive relief. His previous motions were denied by without prejudice by order filed July 25, 2013 (ECF No. 173). Because plaintiff is represented by counsel, plaintiff's latest motion will also be denied without prejudice. In addition, the Clerk of the Court will be directed not to file any further pro se motions by plaintiff in this action and to return any such motions to plaintiff together with a copy of this order.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff's August 16, 2013 motion (ECF No. 179) is denied without prejudice;

////

////

1

     2.  Until further order of court, the Clerk shall not file any further pro se motions by plaintiff in this action and shall return any such motions to plaintiff together with a copy of this order.

DATED:  August 28, 2013

                /s/ Kendall J. Newman
                KENDALL J. NEWMAN
                UNITED STATES MAGISTRATE JUDGE

12
tuns3176.o9