1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROBERT TUNSTALL,                    No.  2:08-cv-3176 WBS JFM P

12              Plaintiff,

13        v.                             ORDER & WRIT OF HABEAS CORPUS AD
                                         TESTIFICANDUM
14   MIKE KNOWLES, et al.,

15              Defendants.

16

17        Robert Tunstall, inmate # B79295, a necessary and material witness in proceedings in this

18   case on December 5, 2013, is confined in California Medical Facility, 1600 California Drive, P.O.

19   Box 2000, Vacaville, CA 95696-2000, in the custody of the Warden; in order to secure this

20   inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue

21   commanding the custodian to produce the inmate before the undersigned, 8th Floor, Courtroom

22   27, United States Courthouse, 501 I Street, Sacramento, California on December 5, 2013, at 10:00

23   a.m.

24        ACCORDINGLY, IT IS ORDERED that:

25        1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court,

26   commanding the Warden to produce the inmate named above to testify in United States District

27   Court at the time and place above, and from day to day until completion of court proceedings or

28   as ordered by the court; and thereafter to return the inmate to the above institution; and

1

1    2. The custodian is ordered to notify the court of any change in custody of this inmate and

2 is ordered to provide the new custodian with a copy of this writ; and

3                **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

4 **To: Warden, California Medical Facility, 1600 California Drive, P.O. Box 2000, Vacaville,**

5 **CA 95696-2000:**

6 **WE COMMAND** you to produce the inmate named above to testify before the

7 United States District Court at the time and place above, and from day to day until completion of

8 the proceedings or as ordered by the court; and thereafter to return the inmate to the above

9 institution.

10 **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate

11 and have been ordered to provide the new custodian with a copy of this writ.

12 Dated:  October 24, 2013

13

14    _____
       DALE A. DROZD
15     UNITED STATES MAGISTRATE JUDGE

16 Tunstall3176.writtest

17

18

19

20

21

22

23

24

25

26

27

28

                                    2