UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TUNSTALL,<br><br>    Plaintiff,<br><br>    v.<br><br>MIKE KNOWLES, et al.,<br><br>    Defendants. | No. 2:08-cv-3176 WBS KJN P<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

Robert Tunstall, inmate # B79295, a necessary and material witness in proceedings in this case on February 20, 2014, is confined in California Medical Facility, 1600 California Drive, P.O. Box 2000, Vacaville, CA 95696-2000, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the undersigned, 8th Floor, Courtroom 27, United States Courthouse, 501 I Street, Sacramento, California on February 20, 2014, at 10:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution; and

1

1    2. The custodian is ordered to notify the court of any change in custody of this inmate and
2 is ordered to provide the new custodian with a copy of this writ; and

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, California Medical Facility, 1600 California Drive, P.O. Box 2000, Vacaville, CA 95696-2000:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  January 9, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Tuns3176.writtest(2)