UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TUNSTALL,<br><br>        Plaintiff,<br><br>   v.<br><br>MIKE KNOWLES, et al.,<br><br>        Defendants. | No.  2:08-cv-3176 WBS KJN P<br><br><br>ORDER |

     On December 2, 2014, plaintiff's appointed counsel made an ex parte telephonic request to the court for an extension of time to comply with the December 2, 2014 deadlines set forth in the court's November 19, 2014 order (see ECF No. 203).  Plaintiff's counsel, Ms. Joann Leigh Pheasant, a sole practitioner, informed the court that she recently fractured her wrist.  Despite attempting to prepare an affidavit in support of her request for extended time, Ms. Pheasant states that she is unable to comply with the court's order until her cast is removed in January 2015.  Ms. Pheasant stated that she attempted unsuccessfully to obtain a stipulated request for extension of time from defense counsel.  The court discerns no prejudice to defendants in granting plaintiff's request.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The December 2, 2014 request of plaintiff's appointed counsel for an extension of time to comply with the deadlines set forth in the court's November 19, 2014 order, is GRANTED.

2. Plaintiff's required papers (see ECF No. 203 at 2-3) shall be filed and served on or before Friday, January 16, 2015.

3. Defendants shall file and serve their responsive papers within the deadlines set forth in the court's November 19, 2014 order (see id.), as extended by the instant order.

Dated: December 3, 2014

tuns3176.exparte.eot

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE