UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TUNSTALL, | No. 2:08-cv-3176 WBS KJN P |
| Plaintiff, | |
| v. | ORDER |
| KNOWLES, et al., | |
| Defendants. | |

      Plaintiff filed motions for injunctive relief herein on November 13, 2015, and again on November 24, 2015. (ECF Nos. 214, 215.) This civil rights action was closed on March 26, 2015. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

Dated: December 1, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/tuns3176.58

1